UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Elizabeth Martin | : | Case No.: 17-20105 |
| | : | Chapter 13 |
| Debtor. | : | Judge Tracey N. Wise |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 46) AS TO REAL PROPERTY LOCATED AT 216 EAST TENTH STREET, COVINGTON, KY 41011

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Ditech Financial LLC ("Movant") as Docket Number 46; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1.  The Chapter 13 Plan filed herein on behalf of Elizabeth Martin ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.  In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of February 2017 and subsequent months, incurring a total post-petition arrearage of $6,572.96, which consists of 12 post-petition payments for February 2017 through January 2018 at $461.83 each, and attorney fees and costs of $1,031.00.

17-006777_BAS

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept a lump sum payment in the amount of $6,572.96 representing the post-petition arrearage detailed above within 90 days of entry of this order.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the February 2018 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Agreed Order: (a) Debtor fails to make the lump sum payment hereinabove described within the 90 days of entry of this order: and (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

8. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy

Code with respect to Creditor, its successors and assigns shall be terminated without

further notice by the filing of a Certificate of Non-Compliance.

**IT IS SO ORDERED.**

Submitted by:

 /s/ Amy E. Gardner                                   /s/ John C. Hayden                     
Amy E. Gardner (93532)                          John C. Hayden
P.O. Box 165028                                         505 York Street
Columbus, OH  43216-5028                     Newport, KY  41071
Telephone:  614-220-5611                       Telephone: 859-491-1000
Fax:  614-627-8181                                    Fax:  859-491-0078
Email:  aeg@manleydeas.com                Email:  johnhaydenlaw@gmail.com
Attorney for Creditor                                 Attorney for Debtor


 /s/ Cheryl E. James for Beverly M. Burden                       
Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY  40588
Email:  Notices@Ch13EDKY.com

Pursuant to Local Rule 9022-1 (b), Amy E. Gardner shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the order upon such parties within seven (7) days hereof.


Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Eastern District of Kentucky, Party of Interest, 100 E Vine St #500, Lexington, KY  40507 (notified by ecf)

Beverly M. Burden, Chapter 13 Trustee, P.O. Box 2204, Lexington, KY  40588 (notified by ecf)

John C. Hayden, Attorney for Debtor, 505 York Street, Newport, KY  41071 (notified by ecf)

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, February 09, 2018**
**(tnw)**